No. 94–8157. PARKER v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 94–8269. KIM v. VILLALOBOS. C. A. 9th Cir. Certiorari denied.

No. 94–8274. BURLEY v. GULBRANSON ET AL. Ct. App. Ariz. Certiorari denied.

No. 94–8276. HINES v. BURT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–8277. ETHERIDGE v. DEPARTMENT OF THE TREASURY. C. A. Fed. Cir. Certiorari denied.

No. 94–8281. GLENDORA v. DOLAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–8288. WARREN v. HOLLERAUER ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–8290. GRUBE v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 94–8293. REVELLO v. GRAYSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–8299. SOLIS v. CIRCLE K CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–8300. CRAWFORD v. HATCHER, JUDGE, CIRCUIT COURT OF WEST VIRGINIA, FAYETTE COUNTY; and CRAWFORD v. CIRCUIT COURT OF WEST VIRGINIA, FAYETTE COUNTY. Sup. Ct. App. W. Va. Certiorari denied.

No. 94–8304. LOCKETT v. DAY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 94–8311. PACE v. HURT. C. A. 9th Cir. Certiorari denied.

No. 94–8312. SKEET v. NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS. C. A. 2d Cir. Certiorari denied.

No. 94–8316. CROW v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.